UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:19-CR-00096-JRG |
| vs. | ) | |
| WILLIAM ROGER WOODIE et al, | ) | |
| Defendant | ) | |

**ORDER**

The Court will conduct a Scheduling Conference on **Thursday, January 23rd, 2020, at 2:00 p.m.** Counsel for Defendants may appear telephonically by calling (888) 278-0296 at the appointed time and using access code 1539438.

Defendants' presence is not required.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge